# Documents

| Document Title | Category | Document Date | Document Type | Action Type |
| --- | --- | --- | --- | --- |
| 1. LEDELL JEFFERSON v. UNITED STATES POSTAL SERVICE COMPLAINT | | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEDELL JEFFERSON | : | C.A. NO_____ |
| REGINALD REESE, A MINOR TO | : | |
| PARENT WALTER ANDREWS | : | |
|     PLAINTIFFS | : | |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE | : | OCTOBER 1, 2012 |
| WILLIAM L. SHEEHAN | : | |
|     DEFENDANTS | : | |

## COMPLAINT

1. This action arises under Federal Tort Claims Act, 28 USC Section 1346 (b), Section 2671 et seq., as hereinafter more appears. More than six months before this instituted, the claim set forth herein presented to Postmaster General Jack Potter, United States Postal Service, Attn: Federal Torts Claims Act, 475 L'Enfante Plaza, SW, Washington, DC 20260; Susan Nolan, Accident Investigator, United States Postal Service, 141 Weston Stree, Hartford, CT 06101. A copy of which is attached hereto. Said agency having failed to make a final disposition of the claim within that time, plaintiffs deems such failure to be denial thereof.

2. The Plaintiffs, Ledell Jefferson and Reginald Reese, are residents in the County of Fairfield, City of Bridgeport, State of Connecticut, within the jurisdiction of this court.

3. On October 10, 2009, at about 2:59 p.m., the Plaintiff, Ledell Jefferson, was driving a Nissan, owned by him, in an easterly direction on Alpine Street. The Plaintiff, Reginald Reese, and minor to parent Walter Andrews, was a passenger in the vehicle.

4. At about the same time, William L. Sheehan, an employee of the United States Postal Service, was in the course of his employment, driving a USPS mail truck, which was parked in front of 307 Alpine Street.

5. William L. Sheehan, activated his left blinker light to enter the roadway, and preceded in the traveling path of the Plaintiff, Ledell Jefferson, striking his vehicle near the left rear door and side skirt.

6. Upon being struck, the Plaintiffs sustained injuries, damages, and losses hereinafter stated.

7. At all times mentioned herein, the USPS mail truck was owned and maintained by the United Sates Postal Service. At the above time and place, Sheehan was operating it in the course of his employment with the United States Postal Service as an employee, under the general permission of the Defendant, United States Postal Service or as the agent, servant or employee of the Defendant, United States Postal Service.

8. The injuries and damages to the Plaintiffs, Ledell Jefferson and Reginald Reese, were caused by the negligence and carelessness of the Defendant, United States Postal Service, in that Sheehan, an agent, servant or employee of the Defendant, United States Postal Service, negligently and carelessly operated the USPS mail truck as set forth above. The collision was caused by the carelessness and negligence of the Defendant, William L. Sheehan, in that he:

    (a)    failed to keep a proper lookout;

    (b)    operated the vehicle in violation of Connecticut General Statutes Section 14-245, in that he failed to grant the right of way;

    (c)    failed to adequately apply the brakes in order to avoid the collision;

    (d)    failed to swerve in order to avoid the collision;

    (e)    failed to exercise that degree of care which a reasonable and prudent person would have exercised under the same or similar circumstances.

9.    As a result of the Defendant's negligence and carelessness, the Plaintiff, Ledell Jefferson, sustained the following injuries:

    (a)    neck and back pain

    (b)    headaches

    (c)    moderate to severe muscle spasms

    (d)    vertebral segmental dysfunction at C4-7, T3-7, L4-S1

    (e)    bilateral sacroiliac joint dysfunction

    (f)    pain and suffering.

10.    As a result of the Defendant's negligence and carelessness, the Plaintiff, Reginald Reese, sustained the following injuries:

    (a)    neck and back pain

    (b)    mild to moderate muscle spasms

    (c)    vertebral segmental dysfunction at C4-6, T3-5, L5-S1

    (d)    right sacroiliac joint fixation

    (e)    pain and suffering.

11.    As a result of the Defendant's conduct, the Plaintiffs, Ledell Jefferson and Reginald Reese, have incurred and will continue to incur expenses for medical care, therapy, medication and other related expenses for treatment of injuries, all to their financial loss.

12. As a result of sustaining these injuries, the Plaintiffs have been caused to suffer an overall physical discomfort that imposes restrictions on their ability to partake in and enjoy all of life's activities.

WHEREFORE, the Plaintiffs, Ledell Jefferson and Reginald Reese, claim judgment against the Defendant, United States Postal Service, in the amount of $100,000.00.

THE PLAINITFFS

BY: _____/s/_____
Thomas C. Thornberry, of
Thornberry & Voytek, LLC
972 East Broadway
Stratford, CT 06615
Tel.: (203) 380-8189
Fax: (203) 380-8191
tct550@yahoo.com
Federal Bar: ct 05911